■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE WOODS, Appellant. [838 NYS2d 842]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered March 20, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Contrary to the contention of defendant, Supreme Court's determination that he is a level three risk is supported by clear and convincing evidence (*see* § 168-n [3]), including the evidence of sexual misconduct with the 10-year-old victim and the year-long duration of that misconduct. Also contrary to defendant's contention, the court properly considered the case summary, which constitutes reliable hearsay, in determining defendant's risk level (*see id.*; *People v Vacanti*, 26 AD3d 732 [2006], *lv denied* 6 NY3d 714 [2006]; *People v Vaughn*, 26 AD3d 776 [2006]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.